1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TONY D. PENWELL,                          )
                                          )
          Plaintiff,                      )        CASE NO.    C05-2044RSM-MJB
                                          )
     v.                                   )
                                          )
REED HOLTGEERTS, et al.,                  )        ORDER DENYING PLAINTIFF'S
                                          )        MOTION FOR PRELIMINARY
          Defendants.                     )        INJUNCTIVE RELIEF
_____)

          The Court, having reviewed plaintiff's civil rights complaint, plaintiff's motion for preliminary

injunctive relief, the Report and Recommendation of Judge Monica J. Benton, United States

Magistrate Judge, the Objections thereto, and the remaining record, does hereby find and ORDER:

          (1)     The Court adopts the Report and Recommendation.

          (2)     Plaintiff's motion for preliminary injunctive relief (Dkt. #23) is DENIED.

          (3)     The Clerk is directed to send copies of this Order to plaintiff, all counsel of record, and

                  to the Honorable Monica J. Benton.

          DATED this 8th day of September, 2006.

                                          RICARDO S. MARTINEZ
                                          UNITED STATES DISTRICT JUDGE

ORDER